1088

No. 85–6291.  KOENIG v. BOARD OF CHARITIES AND CORRECTIONS ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 85–6293.  MCDONALD v. TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 85–6296.  CLUTCHETTE v. RUSHEN, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 85–6297.  KUNTZELMAN v. BLACK, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 85–6301.  COATES v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 85–6302.  BEAUDETT v. CITY OF HAMPTON, VIRGINIA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 85–6303.  LAMAR v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 85–6305.  HAMM v. ILLINOIS.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 85–6306.  JACKSON v. RUSSELL, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 85–6310.  GREGORY v. SOLEM, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 85–6311.  HOUGHTON v. CODER ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 85–6312.  FULFORD v. BLACKBURN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 85–6313.  ADAMS v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 85–6316.  ROSBERG v. COMMERCIAL STATE BANK ET AL.  C. A. 8th Cir.  Certiorari denied.